UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LISETTE CRYSTAL VASQUEZ, | ) Case No. EDCV 13-631-OP |
|---|---|
| Plaintiff | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| Defendant | ) |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED: November 26, 2013

HONORABLE OSWALD PARADA
United States Magistrate Judge